Daniel Woolston (#029705)
Lexington Law Firm
20620 North 19th Avenue
Phoenix, Arizona 85027
Telephone: (801)297-2492
Fax: (801)297-2511
daniel@lexingtonlaw.com

*Attorney for Defendant*
*Defendant Law Firm*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Charles A. Gulden**,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>**John C. Heath,**  )<br>**Attorney at Law PC**,  )<br>  )<br>Defendant,  )<br>  )<br>_____ ) | Case No. _____<br><br><br>**DEFENDANT'S NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1331 and 1441, and 1446, John C. Heath, Attorney at Law PC, doing business as Lexington Law Firm ("Defendant"), hereby removes the above-captioned case from the Yuma County Justice Court for the State of Arizona to the United States District Court for the District of Arizona. In support thereof, Defendant states as follows:

1

**The State Court Action**

1. On September 3, 2020, Charles A. Gulden ("Plaintiff") filed his complaint in the Yuma County Justice Court, under the civil action titled *Charles A. Gulden v. John C. Heath, Attorney at Law PC*, Case No. J1401CV2020-1760. As required by 28 U.S.C. § 1446(a), all filings from the Justice Court are attached hereto as **Exhibit A**.

2. Plaintiff filed this complaint asserting claims of purported violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. Compl. ¶¶ 1, 8-17. Plaintiff alleges that Defendant sent robotext messages to Plaintiff's cell phone ending in 8019. Plaintiff fails to mention the dates that the alleged messages were sent. Compl. ¶¶ 3-7. Based on these allegations, Plaintiff seeks statutory damages, post judgment interest, court costs and other expenses in connection with this case. Compl. at ¶ 18, Relief Requested.

3. As of the date of filing this Notice of Removal, Plaintiff apparently has not perfected service under Arizona Civil Rule 4.2(c), as he has not filed an affidavit of service with the state court. See Ariz. R. Civ. P. 4.2(c).

**Federal Question Jurisdiction**

4. Pursuant to 28 U.S.C. § 1331, this Court has federal question jurisdiction over Plaintiff's complaint because it asserts claims under the TCPA, a federal statute which "arises under the Constitution, laws, or treaties of the United

States." *Mims v. Arrow Fin. Servs., LLC*, 132 S. Ct. 740, 742 (2012). Thus, Plaintiff's claims against Defendant are based on federal question and are removable to this Court under 28 U.S.C. § 1331 and 28 U.S.C. § 1441.

### Procedural Requirements for Removal

5. Defendant received the Summons and Complaint in Utah on September 9, 2020. Thirty days have not yet expired since this action became removable to this Court. Thus, this Notice of Removal is timely removed pursuant to 28 USC §1446(b).

6. As required by 28 U.S.C. § 1446(d), Defendant will promptly serve Plaintiff, who is appearing pro se, with written notice of its filing of this Notice of Removal.

7. Also pursuant to 28 U.S.C. § 1446(d), Defendant shall file a copy of this Notice of Removal with the Clerk of the Yuma County Justice Court.

8. Venue is proper because the Yuma County Justice Court is within the United States District Court for the District of Arizona. See 28 U.S.C. § 105 and 1446(a).

9. By removing this action, the Defendant does not waive any defenses available to it.

WHEREFORE, Defendant respectfully requests that this Court exercise jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1441, and 1446.

RESPECTFULLY SUBMITTED this 1st day of October 2020.

        Lexington Law Firm

        By:   /s/Daniel Woolston_____

        Daniel Woolston (#029705)
        Lexington Law Firm
        20620 North 19th Avenue
        Phoenix, Arizona 85027

# CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2020, I electronically transmitted the attached Notice of Removal to the Clerk's office using the CM/ECF System for filing and served the Notice of Removal by email and U.S. Mail to:

Charles A. Gulden
11802 E. 28th Place
Yuma, AZ 85367
chasinyuma@hotmail.com
*Pro Se Plaintiff*


*/s/ Daniel Woolston*