Charles A. Gulden
11802 E. 28th Place
Yuma, AZ 85367
Phone: 928-782-5182
Email: chasinyuma@hotmail.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| CHARLES A. GULDEN,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN C. HEATH,<br>ATTORNEY AT LAW PC,<br><br>Defendant. | Case No: CV-20-01906-PHX-ESW<br><br>**PLAINTIFF'S FIRST<br>AMENDED COMPLAINT** |

## JURISDICTION AND VENUE

1. This claim arises from tort and is made pursuant to the federal Telephone Consumer Protection Act (TCPA), 47 U.S.C. §227, and its Federal Communications Commission (FCC) TCPA implementing regulation, 47 C.F.R. §1200.

2. Plaintiff, Charles A. Gulden, resides in Yuma County, Arizona. Defendant, John C. Heath, Attorney at Law PC, doing business as Lexington Law, is a Utah entity that conducts business in and into the state of Arizona. All acts complained of herein occurred on Plaintiff's personal cell phone located in Yuma County, Arizona.

## FACTUAL ALLEGATIONS

3. During the period of 2 September 2020 to 17 September 2020 Defendant,

PLAINTIFF'S FIRST AMENDED COMPLAINT - 1

Defendant's agents, employees or parties acting on behalf of the Defendant initiated ten (10) separate telephone calls and robotext messages to Plaintiff's personal cell phone number ending in 8019 for the purpose of encouraging the purchase of its credit repair services.

4. Defendant, Defendant's agents, employees or parties acting on behalf of the Defendant initiated the above cited calls and robo text messages utilizing an automatic telephone dialing system (ATDS) as defined by 47 U.S.C. § 227(a)(1) without Plaintiff's prior express consent.

5. Defendant's cell phone calls were preceded by tell-tale pause and click noises before its agent began to speak, and Defendant's text messages were sent as frequent but random impersonal, pre-scripted messages targeted to Plaintiff's cell phone number.

6. Plaintiff had not provided Defendant with his prior express consent to initiate phone calls or to transmit its robotexts to his cell phone.

7. Plaintiff was not a customer of Defendant and had not previously provided his personal information to Defendant nor had Plaintiff purchased or used any goods or services offered by Defendant at any time prior to the calls and text messages that are complained of herein.

8. The complained of texts and phone calls were not for emergency purposes and not made to collect debts owed to or guaranteed by the United States.

9. For more than thirty-one (31) days prior to Defendant's texts and calls the Plaintiff's cell telephone number was also registered on the national Do Not Call

PLAINTIFF'S FIRST AMENDED COMPLAINT - 2

Registry in which the federal government documents the telephone numbers of persons who do not wish to receive such telephone solicitations or texts.

10. The complained of texts and phone calls were an unwelcome annoyance, distraction and disturbance to Plaintiff and invasion of Plaintiff's privacy, unnecessarily utilizing Plaintiff's cell phone line, and consuming Plaintiff's time and attention to receive and deal with them.

11. Defendant's TCPA violations were willfully committed in that it purposefully and by design knowingly and intentionally programmed Plaintiff's name and phone number into its automated dialing system in order to target Plaintiff with its cell phone and text messages, and Defendant knew or should have known that it did not have Plaintiff's consent and that Plaintiff's cell phone number was registered in the national Do Not Call Registry.

## TCPA VIOLATIONS ONE - FIVE

12. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

13. Five (5) separate solicitation calls initiated by or on behalf of Defendant on 2 September 2020, 3 September 2020 (3x) and 4 September 2020 from caller-ID number 480-421-5602 constitute five (5) separate negligent violations of the TCPA pursuant to 47 U.S.C. § 227(b)(1)(A)(iii).

14. The foregoing calls initiated by or on behalf of Defendants constitute knowing and/or willful violations of the TCPA, entitling Plaintiff to an award of $1,500.00 in statutory damages for each of these five (5) separate violations,

PLAINTIFF'S FIRST AMENDED COMPLAINT - 3

pursuant to 47 U.S.C. § 227(b)(3)(C).

## TCPA VIOLATION SIX - TEN

15. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

16. Independent of the violations cited above, five (5) separate text messages transmitted by or on behalf of Defendant on 2 September 2020, 3 September 2020, 7 September 2020, 9 September 2020 and 17 September 2020 from SMS Short Code 48280, each of which identified Defendant constitute separate negligent violations of the TCPA pursuant to 47 U.S.C. § 227(b)(1)(A)(iii), in that they were initiated to the Plaintiff's cell phone without his prior express consent.

17. The foregoing texts constitute multiple knowing and/or willful violations of the TCPA, entitling Plaintiff to an award of $1,500.00 in statutory damages for each of these three (3) separate violations, pursuant to 47 U.S.C. § 227(b)(3)(C).

## TCPA VIOLATIONS ELEVEN - TWENTY

18. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

19. Each of Defendant's ten (10) calls and texts were initiated to Plaintiff's cell phone number while it was registered on the national Do Not Call Registry.

20. Independent of the violations cited elsewhere in this Complaint, Defendant's calls and texts were in violation of the TCPA pursuant to 47 U.S.C. § 227(c), 47 C.F.R. § 1200(c)(2) and 47 C.F.R. § 1200(e).

21. The foregoing calls and texts constitute multiple knowing and/or willful

PLAINTIFF'S FIRST AMENDED COMPLAINT - 4

violations of the TCPA, entitling Plaintiff to an award of $1,500.00 in statutory damages for each of the ten (10) separate violations, pursuant to 47 U.S.C. § 227(c)(5)(C).

### RELIEF REQUESTED

22. Plaintiff seeks monetary damages based on treble the amount of Five Hundred Dollars ($500.00) for each of the twenty (20) TCPA violations complained of herein, in a total amount claimed of Thirty Thousand Dollars ($30,000.00). Plaintiff further claims post judgment interest, court costs and other expenses in connection with this case.

### JURY DEMAND

23. Plaintiff respectfully requests trial by jury.

Dated this 14th day of October, 2020.

_____
Charles A. Gulden

### Certificate of Service

A copy of the foregoing First Amended Complaint will be emailed this 14th day of October to:

Daniel Woolston
daniel@lexingtonlaw.com
20620 North 19th Avenue
Phoenix, AZ 85027

_____
Charles A. Gulden

PLAINTIFF'S FIRST AMENDED COMPLAINT - 5